**Electronically Filed
Supreme Court
SCPW-23-0000014
13-JAN-2023
08:30 AM
Dkt. 5 ODDP**

SCPW-23-0000014

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

DEXTER J. SMITH, Petitioner,

vs.

STATE OF HAWAI‘I, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1PR161000009)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the January 4, 2023 letter from Dexter J. Smith, which has been filed with this court as a petition for a writ of mandamus, we conclude Smith has failed to demonstrate a clear and indisputable right to relief. See State ex rel. Kaneshiro v. Huddy, 82 Hawai‘i 188, 193, 921 P.2d 108, 113 (1996). Therefore,

It is ordered that the petition is denied.

It is further ordered that the appellate clerk shall serve a copy of the petition and this order on Judge Christine Kuriyama.

DATED: Honolulu, Hawaiʻi, January 13, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins